UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JORIE WACH                                              Docket No.: 25-cv-02734 (SIL)

                                        Plaintiff,

        -against-

JIN MASSAGE THERAPY, JINYAN LIU,
JOHN DOE, and MARYANN KIRKIAN

                                        Defendant(s),
-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

        Please take notice that the undersigned hereby appears as counsel of record for the

defendant(s), JIN MASSAGE THERAPY and JINYAN LIU, all future papers should be served upon

the undersigned at the address listed below.

Dated:  June 13, 2025
        Seaford, New York

                                        *Louis F. Chisari*
                                        _____
                                        By: Louis F. Chisari, Esq. (LFC0383)
                                        Marcote & Associates, P.C.
                                        3960 Merrick Road, 2nd Floor
                                        Seaford, New York 11783
                                        File No.: MA25-0305
                                        Tel: (516) 280-2281
                                        Fax: (516) 280-2283
                                        E-Mail Address: lchisari@marcotelaw.com

TO:
MIZRAHI KROUB, LLP
Attorney(s) for Plaintiff: JORIE WACH
225 Broadway, 39th Floor
New York, New York 10007
via ECF

# UNITED STATES DISTRICT COURT
### for the
# EASTERN DISTRICT OF NEW YORK

## INDEX NUMBER: 25-cv-02734

JORIE WACH

-against-

JIN MASSAGE THERAPY, JINYAN LIU, JOHN DOE, and MARYANN KIRKIAN

# 'NOTICE OF APPEARANCE'

## MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Defendant(s):
JIN MASSAGE THERAPY and JINYAN LIU
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283