UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————————————— x

JORIE WACH                                    :  Case No.: 2:25-cv-02734
                                              :
                    Plaintiff,                :
                                              :
    vs.                                       :
                                              :  **MOTION TO WITHDRAW AS**
                                              :  **COUNSEL FOR PLAINTIFF**
                                              :
JIN MASSAGE THERAPY, JINYAN LIU,              :
JOHN DOE, and MARYANN KIRKIAN                 :
                                              :
                    Defendants.               :
                                              :
————————————————————————————— x

I, David I. Mizrahi Esq., an attorney duly admitted to practice before this Court, respectfully requests, pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, that the Court grant me leave to withdraw as counsel for Plaintiff in the above-captioned action.

I affirm the following under penalty of perjury:

1.     I am an attorney admitted to practice in the United States District Court, Eastern District of New York, and with the law firm of Mizrahi Kroub LLP, attorneys for Plaintiff in the above-entitled action.

2.     As I am leaving Mizrahi Kroub LLP, I respectfully move, pursuant to Local Civil Rule 1.4, to withdraw as counsel for Plaintiff, and respectfully seek an order from the Court granting my request.

3.     Withdrawal will not delay the case or prejudice any party because at least one other attorney from Mizrahi Kroub LLP has appeared in this action and will remain as counsel for Plaintiff.

4. I further respectfully request that any further notices regarding this action be terminated as to me and that I be removed from the Court's service list with respect to this action.

5. A true and correct copy of this Motion was provided to Plaintiff, via email, on Wednesday, December 10, 2025.

6. I do not assert a retaining or charging lien in this matter.


Respectfully submitted,

Dated: December 10, 2025      **MIZRAHI KROUB LLP**


/s/ David I. Mizrahi
DAVID I. MIZRAHI

David I. Mizrahi, Esq.
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212-595-6200
Fax: 212-595-9700
dmizrahi@mizrahikroub.com

*Attorneys for Plaintiff*